UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00203-RJC-DCK

| | |
|---|---|
| **BRITTNEY JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NOVANT HEALTH, INC. AND** ) | |
| **PRESBYTERIAN HOSPITAL,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** comes before the Court sua sponte. For the reasons set forth below, Plaintiff is **ORDERED** within twenty-one (21) days of the entry of this Order to file proof of service on Defendants in accordance with Rule 4. Failure to do so will cause the Court to dismiss this case.

Pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, unless service is waived, proof of service must be made to the court. Further, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff filed this action against Defendants on May 6, 2022. (Doc. No. 1). Under Rule 4(m), Plaintiff was required to serve Defendants within 90 days after filing the Complaint. Ninety days has passed since the Complaint was filed and, to date, Plaintiff has not filed proof of service or waiver of service.

**THEREFORE**, Plaintiff is **ORDERED** within twenty-one (21) days of the entry of this Order to file proof of service on Defendants in accordance with Rule 4. Failure to do so will cause the Court to dismiss this case.

**SO ORDERED.**

Signed: August 10, 2022

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge